

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

Gerald Bolognese,

        Plaintiff

  -vs-                                  06-CV-495T

Michael O. Leavitt, as Secretary
of the Department of Health and Human Services,

        Defendant

       A certified copy of the Mandate of the United States Court of Appeals for the Second Circuit dated July 27, 2009 and issued as Mandate on November 17, 2009, having been filed in the Office of the Clerk of this Court on December 3, 2009, it is hereby

       ORDERED, ADJUDGED AND DECREED that said Mandate be, and hereby is, made the Judgment of this Court.

                                                  MICHAEL A. TELESCA
                                                  United States District Judge

Dated: ~~Buffalo~~ Rochester, New York
        December 8, 2009